UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PI, INC., | ) |
|     *Plaintiff*, | ) |
| v. | ) |
| M. MELANIE BEENE, *et al.*, | ) |
|     *Defendants and Third-Party Plaintiffs*, | ) No. 1:12-cv-350-HSM-SKL |
| v. | ) |
| JAMES JEFFERSON BEENE, II, *et al.*, | ) |
|     *Third-Party Defendants*. | ) |

**ORDER**

Before the Court is a motion to amend [Doc. 47], in which Defendants and Third-Party Plaintiffs, M. Melanie Beene, Jones C. Beene, IV, and F. Allison Beene (collectively the "Movants") seek to amend their counterclaim and third-party complaint. Plaintiff PI, Inc. and Third-Party Defendants James Jefferson Beene, II, and Jones C. Beene (collectively the "Responding Parties") filed their response [Doc. 49], in which the Responding Parties offered no opposition to the Movants' filing of their amended counterclaim and third-party complaint.

Accordingly, the motion to amend [Doc. 47] is **GRANTED**. The Movants are **ORDERED** to file their amended counterclaim and third-party complaint **within seven days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE